IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN DISILVERIO, | ) | |
| | ) | Civil Action No. 05 - 1368 |
| Plaintiff, | ) | |
| | ) | Judge Judge William L. Standish / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SERVICE MASTER PROFESSIONAL, | ) | |
| | ) | |
| Defendant . | ) | |
| | ) | |

**ORDER**

Defendant filed an Answer in the above captioned action on December 21, 2005. Therefore,

**IT IS ORDERED** this 3rd day of January 2006, a Scheduling Conference is set before the undersigned for **February 1, 2006 at 11:00 AM** in Suite 301 of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **January 25, 2006.**

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf

cc:    Erik M. Yurkovich
       207 Pine Creek Road
       Suite 201
       Wexford, PA 15090

       Thomas H. May
       Dickie, McCamey & Chilcote
       Two PPG Place
       Suite 400
       Pittsburgh, PA 15222-5402